RICHARD POMMER *v.* COMMISSIONER OF CORRECTION

The petitioner Richard Pommer's petition for certification for appeal from the Appellate Court, 125 Conn. App. 519 (AC 31250), is denied.

*Joseph Visone*, special public defender, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided February 17, 2011